IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES S. WILLIAMS,

        Plaintiff,                      No. CIV S-10-0380 EFB P

    vs.

DEPARTMENT OF CORRECTIONS,

        Defendant.                ORDER

_____/

        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent. ////

////

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

DATED: February 25, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE